**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**CHRISTIAN MADDOX**                                                      **PETITIONER**
**Reg #49187-177**

**v.**                          **Case No. 2:23-CV-00031-BSM-JTR**

**JOHN P. YATES,**
**Warden, FCI-Forrest City**                                          **RESPONDENT**

## ORDER

Christian Maddox's habeas petition [Doc. No. 1] is dismissed without prejudice because he failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis* as directed, and the time to do so has expired. *See* Doc. No. 2.

IT IS SO ORDERED this 1st day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE