# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**CHRISTIAN MADDOX**                                              **PETITIONER**
**Reg #49187-177**

v.                    Case No. 2:23-CV-00031-BSM-JTR

**JOHN P. YATES,**
**Warden, FCI-Forrest City**                                    **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 1st day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE